OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

The State of Ohio, Appellee, v. Cockrell, Appellant.
[Cite as State v. Cockrell (1994),        Ohio St.3d      .]
Appellate procedure -- Motion for delayed reconsideration from judgment of conviction based on claim of ineffective assistance of appellate counsel -- Motion denied when appellant fails to demonstrate that he was prejudiced by ineffective performance of appellate counsel.
(No. 94-1090 -- Submitted August 17, 1994 -- Decided November 9, 1994.)

Appeal from the Court of Appeals for Knox County, No. 91-CA-30.

Appellant, Daniel L. Cockrell, alleges he was convicted of rape and attempted rape and sentenced to maximum consecutive sentences. He was ultimately granted a delayed appeal in the Court of Appeals for Knox County, which was combined with his motion for delayed reconsideration. The court of appeals affirmed the conviction by judgment entry of April 14, 1994, and denied the motion on the basis that appellant did not demonstrate that he was prejudiced by an ineffective performance of appellate counsel. Appellant appeals the denial to this court.

John W. Baker, Knox County Prosecuting Attorney, for appellee.
Daniel L. Cockrell, pro se.

Per Curiam. The decision of the court of appeals is affirmed for the reasons stated by the court of appeals.

                                        Judgment affirmed.
Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.